UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Joe Hand Promotions, Inc.,<br><br>           Plaintiff,<br><br>v.<br><br>Lee Duong, et al.,<br><br>           Defendants. | Case No. C-13-00772-RMW<br><br>**ORDER SETTING ASIDE DEFAULT**<br><br>[Re Docket No. 12] |

On May 16, 2013, plaintiff filed a request for entry of default because defendants had failed to answer. Dkt. No. 10. On May 22, 2013, the defendants answered, Dkt. No. 11, but the clerk, nevertheless, entered default on May 30, 2013, Dkt. No. 12. Because an answer was filed before default was entered, the court sets aside the default.

Dated: June 3, 2013

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

ORDER
Case No. C-13-00772-RMW
SW

- 1 -